UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>John E A Porter<br>Esmilyn N Porter<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-14142<br><br>Chapter:  13<br>Honorable A. Benjamin Goldgar |

**ORDER MODIFYING DEBTORS' PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtors' current Chapter 13 Plan is modified post-confirmation to defer the current trustee default to the end of the Plan.

Enter:

*[signature]*
United States Bankruptcy Judge

Dated: **1 4 NOV 2017**

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20151029_bko